SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 14, 2025



The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
  TODD J BRADDOCK  
  428 Service Rd  
  Laurel, MS  39443

CHAPTER 13 PROCEEDING  
21-50440 KMS

SSN:  XXX-XX-3630

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  COCA-COLA BOTTLING UNITED  
  ATTN:  PAYROLL, SHELBY RABORN  
  201 COCA COLA AVE  
  HATTIESBURG, MS  39402

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE  
  LOCK P.O. BOX 871  
  HATTIESBURG, MS  39403  
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403  
(601) 582-5011  
ecfNotices@rawlings13.net