UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING |
| TODD J BRADDOCK | 21-50440 KMS |

## TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

TAKE NOTICE that the above-referenced Debtor has made all plan payments required to complete the confirmed Chapter 13 plan filed in the above-styled and numbered bankruptcy proceeding.

Trustee hereby requests that the Court Clerk hold Debtor's case open until all Trustee disbursement checks issued to creditors have cleared and the Trustee has filed his Final Report and Accounting.

Respectfully submitted on this the 17th day of July, 2025.

/s/  DAVID RAWLINGS
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011