**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Todd J Braddock, Debtor               Case No. 21-50440-KMS
                                                Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:   /s/ Todd J Braddock_____                                       07-18-2025___
        Todd J Braddock                                                                                              Date


/s/ Thomas C. Rollins, Jr._____                                       07-18-2025___
Thomas C. Rollins, Jr., MS Bar No. 103469                                          Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |


### CERTIFICATE OF SERVICE

    On July 21, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                    Thomas C. Rollins, Jr._____
                                    Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>   TODD J BRADDOCK | CASE NO: 21-50440<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/21/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 21-50440 |
| TODD J BRADDOCK | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 7/21/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/21/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING     AMERICREDIT FINANCIAL SERVICES  INC DBA   THE BANK OF NEW YORK MELLON
NCRS ADDRESS DOWNLOAD                GM                                        ROBERTSON  ANSCHUTZ   SCHNEID  CRANE  P
CASE  21-50440                       PO BOX 183853                             10700 ABBOTTS BRIDGE RD  SUITE 170
SOUTHERN DISTRICT OF MISSISSIPPI     ARLINGTON  TX 76096-3853                  DULUTH  GA 30097-8461
MON JUL 21 8-47-6 PST 2025




EXCLUDE

US BANKRUPTCY COURT                  ADELA AGENCY DEBT RECO                    (P)AMERICREDIT FINANCIAL SERVICS DBA G
DAN M RUSSELL  JR US COURTHOUSE      PO BOX 1745                               FINANCIAL
2012 15TH STREET  SUITE 244          HATTIESBURG  MS 39403-1745                PO BOX 183853
GULFPORT  MS 39501-2036                                                        ARLINGTON TX 76096-3853




EXCLUDE

(D)(P)AMERICREDIT FINANCIAL SERVICS DBA   BONNIVILLE COLECTIONS                CAPITAL ONE
GM FINANCIAL                              PO BOX 150621                        PO BOX 31293
PO BOX 183853                             OGDEN  UT 84415-0621                 SALT LAKE CITY  UT 84131-0293
ARLINGTON TX 76096-3853





CAPITAL ONE BANK (USA)  NA           CASPER MEDICAL IMAGINI                    COMMUNITY BANK
BY AMERICAN INFOSOURCE AS AGENT      419 S WASHINGTON ST                       909 N 16TH AVE
4515 N SANTA FE AVE                  SUITE 101                                 LAUREL  MS 39440-3363
OKLAHOMA CITY  OK 73118-7901         CASPER  WY 82601-2991





DEFAULT RESOLUTION GRO               DEPARTMENT OF TREASURY                    DIXIE ELECTRIC
PO BOX 5609                          INTERNAL REVENUE SERVICE                  PO BOX 88
GREENVILLE  TX 75403-5609            P O BOX 7346                              LAUREL  MS 39441-0088
                                     PHILADELPHIA  PA 19101-7346




FIRST FINANCIAL LOANS                GM FINANCIAL                              INTERNAL REVENUE SERVI
1219 W 8TH ST                        PO BOX 181145                             CO US ATTORNEY
LAUREL  MS 39440                     ARLINGTON  TX 76096-1145                  501 EAST COURT ST
                                                                               STE 4430
                                                                               JACKSON  MS 39201-5025




KELLI ANN BRADDOCK                   (P)MOHELA                                 MRS ASSOCIATES
152 SHERMAN RD                       CLAIMS DEPARTMENT                         1930 OLNEY AVE
LAUREL  MS 39443-7718                633 SPIRIT DRIVE                          CHERRY HILL  NJ 08003-2016
                                     CHESTERFIELD MO 63005-1243




MS DEPT OF REVENUE                   (P)MERCHANTS ADJUSTMENT SERVICE  INC      MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION                   ATTN ATTN SHERI                           BANKRUPTCY SECTION
PO BOX 22808                         PO BOX 7511                               POST OFFICE BOX 22808
JACKSON  MS 39225-2808               MOBILE AL 36670-0511                      JACKSON  MS 39225-2808




NPRTO SOUTHEAST  LLC                 NETWORK SERVICES  INC                     PROGRESSIVE LEASING
256 WEST DATA DRIVE                  PO BOX 1725                               256 W DATA DR
DRAPER  UTAH 84020-2315              HATTIESBURG  MS 39403-1725                DRAPER  UT 84020-2315
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RD FULLER<br>3600 YOSEMITE ST<br>SUITE 720<br>DENVER  CO 80237-1829 | RADIUS GLOBAL SOLUTION<br>9550 REGENCY SQ<br>STE 602<br>JACKSONVILLE  FL 32225-8116 | (P)PACIFIC POWER<br>ATTN LEGAL ADMINISTRATOR<br>825 NE MULTNOMAH ST STE 2000<br>PORTLAND OR 97232-2152 |
| ROCKY MOUNTAIN RECOVERY SYSTEMS INC<br>101 HASTINGS HORSESHOE<br>POWELL  WY 82435-8111 | SANTANDER CONSUMER USA<br>PO BOX 961212<br>FORT WORTH  TX 76161-0212 | SANTANDER CONSUMER USA  INC AN ILLINOI<br>CORPORATION DBA CHRYSLER CAPITAL<br>1601 ELM ST  SUITE 800<br>DALLAS  TX 75201-7260 |
| SHELLPOINT MORTGAGE<br>75 BEALTIE PL 300<br>GREENVILLE  SC 29601-2138 | SOUTH CENTRAL CLINICS<br>PO BOX 1649<br>LAUREL  MS 39441-1649 | T SHAUN SUTHERLAND DDS<br>1653 E 2ND ST<br>CASPER  WY 82601-3001 |
| THE BANK OF NEW YORK MELLON AS<br>INDENTURED TR<br>FOR MIDSTATE CAPITAL CORPORATION 20101<br>NEWREZ LLC DBA SHELLPOINT MORTGAGE SER<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | US DEPARTMENT OF EDUCATION<br>P O BOX 16448<br>ST PAUL  MN  55116-0448 |
| EXCLUDE<br>~~(D)(P)MOHELA~~<br>~~CLAIMS DEPARTMENT~~<br>~~633 SPIRIT DRIVE~~<br>~~CHESTERFIELD MO 63005-1243~~ | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6 430~~<br>~~JACKSON  MS 39201-5022~~ | VERIZON<br>PO BOX 11328<br>SAINT PETERSB  FL 33733-1328 |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | WYOMING HEALTH MEDICAL<br>167 S CONWELL<br>SUITE 3<br>CASPER  WY 82601-2749 | EXCLUDE<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | DEBTOR<br>TODD J BRADDOCK<br>428 SERVICE RD<br>LAUREL  MS 39443-9045 |