United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-50440-KMS
Todd J Braddock Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Aug 19, 2025     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd J Braddock, 428 Service Rd, Laurel, MS 39443-9045 |
| 4993805 | + | Adela Agency Debt Reco, PO Box 1745, Hattiesburg, MS 39403-1745 |
| 4993808 | + | Casper Medical Imagini, 419 S Washington St, Suite 101, Casper, WY 82601-2991 |
| 4993809 | + | Community Bank, 909 N 16th Ave, Laurel, MS 39440-3363 |
| 4993810 | + | Default Resolution Gro, P.O. Box 5609, Greenville, TX 75403-5609 |
| 4993812 | | First Financial Loans, 1219 W 8th St, Laurel, MS 39440 |
| 4993821 | + | Network Services, Inc, P.O. Box 1725, Hattiesburg, MS 39403-1725 |
| 4993824 | + | RD Fuller, 3600 Yosemite St, Suite 720, Denver, CO 80237-1829 |
| 4993826 | + | Rocky Mountain Recovery Systems Inc, 101 Hastings Horseshoe, Powell, WY 82435-8111 |
| 5003273 | + | Santander Consumer USA, Inc. an Illinois, corporation d/b/a Chrysler Capital, 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 4993829 | + | South Central Clinics, P.O. Box 1649, Laurel, MS 39441-1649 |
| 4993830 | | T Shaun Sutherland DDS, 1653 E. 2nd St, Casper, WY 82601-3001 |
| 4993833 | + | Wyoming Health Medical, 167 S Conwell, Suite 3, Casper, WY 82601-2749 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Aug 19 2025 23:26:00 | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 19 2025 19:30:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd, Suite 170, Duluth, GA 30097-8461 |
| 4996218 | | EDI: PHINAMERI.COM | Aug 19 2025 23:26:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 4993806 | + | Email/Text: banko@bonncoll.com | Aug 19 2025 19:30:00 | Bonniville Colections, P.O. Box 150621, Ogden, UT 84415-0621 |
| 4993807 | + | EDI: CAPITALONE.COM | Aug 19 2025 23:26:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4997836 | + | EDI: AIS.COM | Aug 19 2025 23:26:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4993814 | | EDI: IRS.COM | Aug 19 2025 23:26:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4993811 | | Email/Text: aaronzumwalt@dixieepa.com | Aug 19 2025 19:30:00 | Dixie Electric, P.O. Box 88, Laurel, MS 39441-0088 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 4993813 | | EDI: PHINAMERI.COM | Aug 19 2025 23:26:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 4993815 | + | Email/Text: ebone.woods@usdoj.gov | Aug 19 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4993817 | | Email/Text: sheri@masinc.org | Aug 19 2025 19:30:00 | Merchant Adjustment Se, 56 N Florida St, Mobile, AL 36607 |
| 4993818 | | Email/Text: EBN@Mohela.com | Aug 19 2025 19:30:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4995844 | | Email/Text: EBN@Mohela.com | Aug 19 2025 19:30:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4993819 | ^ | MEBN | Aug 19 2025 19:26:27 | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 4993820 | | EDI: MSDOR | Aug 19 2025 23:26:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4995778 | | EDI: MSDOR | Aug 19 2025 23:26:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 4995662 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 19 2025 19:30:00 | NPRTO South-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 4993825 | | Email/Text: anne.kohls@pacificorp.com | Aug 19 2025 19:30:00 | Rocky Mountain Power, 2840 E Yellowstone Hwy, Casper, WY 82609 |
| 4993822 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 19 2025 19:30:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 4993823 | + | Email/Text: ngisupport@radiusgs.com | Aug 19 2025 19:30:00 | Radius Global Solution, 9550 Regency Sq, Ste 602, Jacksonville, FL 32225-8116 |
| 4993827 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 19 2025 19:30:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 4993828 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2025 19:30:00 | Shellpoint Mortgage, 75 Bealtie Pl #300, Greenville, SC 29601-2138 |
| 5011975 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2025 19:30:00 | The Bank of New York Mellon,as Indentured Trustee,, for Mid-State Capital Corporation 2010-1, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville SC 29603-0826 |
| 4993831 | ^ | MEBN | Aug 19 2025 19:26:26 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5019006 | | Email/Text: EDBKNotices@ecmc.org | Aug 19 2025 19:30:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 5009224 | + | EDI: AIS.COM | Aug 19 2025 23:26:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4993832 | + | EDI: VERIZONCOMB.COM | Aug 19 2025 23:26:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5001095 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 4993816 | ##+ | Kelli Ann Braddock, 152 Sherman Rd, Laurel, MS 39443-7718 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Aug 19, 2025 | Form ID: 3180W | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

**Name**  **Email Address**

David Rawlings
  ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
  on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jennifer A Curry Calvillo
  on behalf of Debtor Todd J Braddock jennifer@therollinsfirm.com
  jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr
  on behalf of Debtor Todd J Braddock trollins@therollinsfirm.com
  jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
  USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Todd J Braddock** | Social Security number or ITIN   xxx−xx−3630 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **21−50440−KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Todd J Braddock**
aka Todd Justin Braddock

Dated: 8/19/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**